AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*        DISTRICT OF   NEVADA

DEMETRI ALEXANDER,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER:   **3:15-cv-00074-MMD-WGC**

GARY DUTTON,

    Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 19) is granted.

  March 17, 2017                                 **DEBRA K. KEMPI**
                                                                Clerk

                                                                /s/ D. R. Morgan
                                                                 Deputy Clerk